**UNITED STATES of America, Plaintiff-Appellee**

v.

**Kody Jude BONIN, Defendant-Appellant**

**No. 16-20727**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed August 10, 2017

Robert Joel Branman, Esq., U.S. Department of Justice, Tax Division, Appellate Section, Washington, DC, Lewis A. Booth, II, Internal Revenue Service, District Counsel, Houston, TX, Michael J. Haungs, Esq., Supervisory Attorney, U.S. Department of Justice, Tax Division, Appellate Section, Washington, DC, for Plaintiff-Appellee

Kody Jude Bonin, Pro Se

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM: *

The order of the district court is affirmed and Petitioner must comply. No reasons are given by this taxpayer for failing to do so.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.